# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE # :2:11-CV-14694-GCS-LJM |
| Plaintiff, | HON : GEORGE CARAM STEEH |
| vs. | |
| JUDY A DAVIS | |
| Defendant. | |
| _____/ | |

## ORDER FOR ALTERNATE SERVICE

The court finds that service of process upon the Defendant cannot reasonably be made as provided in FRCP (4), (5), MCR 2.105 and service of process may be made in a manner which is reasonably calculate to give the Defendant notice of the proceedings and an opportunity to be heard

IT IS HEREBY ORDERED:

Service regarding the above entitled matter and a copy of this Order shall be made by the following methods:

    A. (X)    First Class Mail to : 7227 N Webster Rd Mount Morris MI 48458

    B. (X)    Tacking or Firmly Affixing to the door at the above address

    C. (X)    Other: Certified Mail to : 7227 N Webster Rd Mount Morris MI 48458

IT IS ORDERED.

Dated: December 7, 2011

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 7, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk