# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,  CASE # :2:11-CV-14694-GCS-LJM

      Plaintiff,  HON : GEORGE CARAM STEEH

vs.

JUDY A DAVIS

      Defendant.

_____/

## ORDER FOR ALTERNATE SERVICE

The court finds that service of process upon the Defendant cannot reasonably be made as provided in FRCP (4), (5), MCR 2.105 and service of process may be made in a manner which is reasonably calculate to give the Defendant notice of the proceedings and an opportunity to be heard

IT IS HEREBY ORDERED:

Service regarding the above entitled matter and a copy of this Order shall be made by the following methods:

    A. (X)    First Class Mail to : 7227 N Webster Rd Mount Morris MI 48458

    B. (X)    Tacking or Firmly Affixing to the door at the above address

    C. (X)    Other: Certified Mail to : 7227 N Webster Rd Mount Morris MI 48458

IT IS ORDERED.

Dated: December 7, 2011

                            S/George Caram Steeh
                            GEORGE CARAM STEEH
                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon attorneys of record on December 7, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

2:11-cv-14694-GCS-LJM  Doc # 4  Filed 12/07/11  Pg 2 of 2  Pg ID 19